IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MCKEOWN INTERNATIONAL, INC. <br> *Plaintiff,* | § § § § § | |
| V. | § § § § | CIVIL ACTION NO. 1:21-cv-318 |
| GREAT AMERICAN E&S <br> INSURANCE COMPANY, <br> *Defendant.* | § § § § § | |

### DEFENDANT'S, GREAT AMERICAN E&S INSURANCE COMPANY, NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Great American E&S Insurance Company (Defendant"), files its Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and shows:

### I.    PROCEDURAL HISTORY

1. On March 18, 2021, Plaintiff, McKeown International, Inc. (herein "Plaintiff"), filed its Original Petition and initiated an action against Defendant, in the 368th Judicial District Court of Williamson County, Texas, in Cause No. 21-0387-C368 (the "State Court Action"). *See* Exhibit A attached hereto and incorporated herein by reference.

2. Defendant was served on or about March 22, 2021, with a copy of the Summons of Citation and Plaintiff's Original Petition. *See* Exhibit B for a copy of the document confirming service on Defendant, attached hereto and incorporated herein by reference.

3. Defendant's Notice of Removal was filed on April 12, 2021, which is within the thirty-day statutory time period for removal allowed under 28 U.S.C. §1446(b).

## II.     FACTUAL BACKGROUND

4.     This suit concerns Plaintiff's request for coverage under a Commercial General Liability policy issued by Defendant to Plaintiff for claims asserted against Plaintiff in the following suit: *Republic Steel v. McKeown International,* Case No. 19-CV-153-JPC, in the United States District Court for the Northern District of Ohio.

5.     Defendant denied coverage for the claims asserted against Plaintiff in the *Republic* suit and, subsequently, Plaintiff filed this suit for breach of contract, violations of Chapter 541 of the Texas Insurance Code, and violations of Chapter 542 of the Texas Insurance Code. Plaintiff seeks relief of more than $250,000 but less than $1,000,000.  *See* Exhibit A.

## III.     DIVERSITY JURISDICTION

6.     Plaintiff, McKeown International, Inc., is a corporation formed under the laws of Texas with its principal place of business in Round Rock, Texas.

7.     Defendant, Great American E&S Insurance Company, is an insurer incorporated under the laws of the State of Ohio, with its principal place of business in Cincinnati, Ohio.

8.     Removal is proper because there is complete diversity between the parties.

9.     Venue is proper in the Western District of Texas, Austin, because the Plaintiff's business is located in Williamson County and within the Austin Division.

10.     The "matter in controversy" under 28 U.S.C. § 1332(a) is determined by reference to the plaintiff's pleadings.  The damages the plaintiff claims in its petition, if apparently claimed in good faith, are controlling.  *St. Paul Mercury Indem. Co. v. Red Cab Co*., 303 U.S. 283, 288 (1938).  Plaintiff has pled in its petition that it seeks damages in excess of $250,000.  *See* Exhibit A.  Thus, the total economic damages and attorneys' fees being sought exceeds the $75,000 jurisdictional minimum amount in controversy.

## IV.     INFORMATION FOR THE CLERK

11. Plaintiff: McKeown International, Inc.

12. Defendant: Great American E&S Insurance Company.

13. The case is pending in the 368th Judicial District Court of Williamson County:

    Honorable Judge Rick J. Kennon
    Williamson County Justice Center
    405 MLK Street
    Suite 117, Box 8
    Georgetown, TX  78626
    Telephone:  (512) 943-1368

14. Pursuant to 28 U.S.C. §1446(a), Defendant has attached copies of all processes and pleadings served upon it in the state court action.  No further proceedings have been had therein. Pursuant to Local Rule 81, a copy of the trial court's docket sheet is attached as Exhibit C and an Index of Matters Being Filed is attached.

15. Counsel for Plaintiff, McKeown International, Inc:
    Jon Michael Smith, Esq.
    3305 Northland Drive, Suite 500
    Austin, Texas 78731
    Phone:  512-371-1006
    Facsimile:  512-476-6685
    E-mail:  jon@jonmichaelsmith.com

16. Counsel for Defendant, Great American E&S Insurance Company:
    George B. Hall, Jr.; TBN: 00785371
    Sara E. Nau; TBN: 24083551
    PHELPS DUNBAR LLP
    ONE SHELL PLAZA
    910 Louisiana, Suite 4300
    Houston, Texas  77002
    Phone:  713-626-1386
    Facsimile:  713-626-1388
    E-Mail: sara.nau@phelps.com; hallb@phelps.com

*Miscellaneous*

17. On the same day this Notice of Removal was filed, Defendant filed its notice of this

removal in the State Court Action.  A copy of this Notice of Removal filed in the State Court Action is attached as Exhibit D.

18.     Because the Defendant is not a citizen of the State of Texas or otherwise resides in the State of Texas, and because the amount in controversy exceeds $75,000, the Court has subject matter jurisdiction based on diversity of citizenship and residency.  28 U.S.C. §1132.  As such, this removal action is proper.

WHEREFORE, Defendant, Great American E&S Insurance Company, respectfully requests that the above-entitled action be removed from the 368th District Court of Williamson County, Texas, to the United States District Court for the Western District of Texas, Austin Division.

- 5 -

Respectfully submitted,

**PHELPS DUNBAR, LLP**


By: */s/ Sara E. Nau*
    Sara E. Nau
    State Bar No. 24083551
    George B. Hall, Jr.
    State Bar No. 00785371
    ONE SHELL PLAZA
    910 Louisiana, Suite 4300
    Houston, Texas 77002
    Telephone (713) 626-1386
    Facsimile (713) 626-1388
    Emails: sara.nau@phelps.com; hallb@phelps.com

**ATTORNEYS FOR DEFENDANT,
GREAT AMERICAN E&S INSURANCE COMPANY**

- 6 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record as listed below by placing a copy of same in the United States mail, certified, return receipt requested, electronically, and/or hand delivery on April 12, 2021.

| | |
|---|---|
| Jon Michael Smith, Esq.<br>3305 Northland Drive, Suite 500<br>Austin, Texas 78731 | V<small>IA</small> CM/RRR: 7017 2400 0000 6817 9662<br>E-M<small>AIL</small>: jon@jonmichaelsmith.com |

    */s/ Sara E. Nau*
    Sara E. Nau